UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____

In re:  LARRY P. SCHRANK and                                  Case No. 13-34295-GMH
        DAWN M. SCHRANK,                                              (Chapter 7)

                              Debtors.
_____

### NOTICE OF HEARING ON MOTION
### OF THE UNITED STATES TRUSTEE TO DISMISS CASE UNDER
### 11 U.S.C. § 707(b)(1) BASED ON 11 U.S.C. §§ 707(b)(2) and 707(b)(3)

_____

### Motion

On January 15, 2014, the United States Trustee filed a Motion to Dismiss Case Under 11 U.S.C. § 707(b)(1) Based on 11 U.S.C. §§ 707(b)(2) and 707(b)(3) (the "Motion").

### Hearing

A preliminary hearing on the Motion will be held on **March 3, 2014 at 11 a.m.**, before the **Honorable G. M. Halfenger,** United States Bankruptcy Judge, 517 East Wisconsin Avenue, Room 133, Milwaukee, WI 53202, **via telephone. The court will initiate the conference call**.

### Objections

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then **no less than one day before March 3, 2014**, you or your attorney must file with the Court a written response which explains your position at:

Attorney Amy J. Ginsberg
United States Trustee's Office
517 East Wisconsin Avenue, Room 430
Milwaukee, WI 53202
Phone: 414-297-4499; Fax: 414-297-4478

Janet Medlock
Clerk of the United States Bankruptcy Court
126 Federal Courthouse
516 East Wisconsin Avenue
Milwaukee, WI 53202

If you mail your written response to the Court for filing, you must mail it early enough so the Court will receive it no less than one day before **March 3, 2014**, the date set for hearing.

You must also mail a copy of your written response to:

**Attorney Amy J. Ginsberg
Office of the U.S. Trustee
516 East Wisconsin Avenue, Suite 430
Milwaukee, WI 53202**

**In addition, you or your attorney must attend the hearing at the date and time set forth above**. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the Motion.

Dated: January 16, 2014.

_____
AMY J. GINSBERG
Attorney for the United States Trustee

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: LARRY P. SCHRANK and Case No. 13-34295-GMH
 DAWN M. SCHRANK, (Chapter 7)

 Debtors.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2014, the **UNITED STATES TRUSTEE'S MOTION TO DISMISS PURSUANT TO § 707(b)(1) AS AN ABUSE UNDER §§ 707(b)(2) and 707(b)(3)**, was electronically filed with the Clerk's Office, and that on January 16, 2014, I electronically filed the **NOTICE OF HEARING ON THE UNITED STATES TRUSTEE'S MOTION TO DISMISS PURSUANT TO § 707(b)(1) AS AN ABUSE UNDER §§ 707(b)(2) and 707(b)(3)** with the Clerk of the Bankruptcy Court using the ECF system which did and will send notification of such filing to the following:

Attorney John W. Menn
Trustee Larry H. Liebzeit

and further, that on Janurary 16, 2014, I mailed copies of both documents, via first-class U.S. mail, to the following parties:

Larry and Dawn Schrank
1016 West 9th Avenue
Oshkosh, WI 54902

 _____
 MARY JO MALONE
 Paralegal Specialist
 Office of the United States Trustee

3