UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 7 |
| DATE: | March 3, 2014 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 2013-34295 |
| DEBTORS: | Larry P. Schrank and Dawn M. Schrank |
| NATURE OF HEARING: | Preliminary hearing on the trustee's motion to dismiss the case for abuse pursuant to 11 U.S.C. §707(b) |
| APPEARANCES: | John Menn, appearing for the debtors, via telephone |
| | Amy Ginsberg, United States Trustee |
| COURTROOM DEPUTY: | Sara Hackbarth |

Following argument from Ms. Ginsberg and Mr. Menn, the court concluded that it appears that the parties may be able to resolve this matter without a trial. As a result, the court adjourned the pre-trial conference.

Accordingly, IT IS ORDERED that the court will hold a final pre-trial conference on April 28, 2014, at 11:30 a.m. The April 28 pre-trial conference will be held telephonically. The court will initiate the conference call.

SO ORDERED.
March 5, 2014

_____
G. Michael Halfenger
United States Bankruptcy Judge